PAUL J. FISHMAN
United States Attorney
PAMELA R. PERRON
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 645-2836

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

09-6352 (SRC)

KARTUMU HOLMES SIMMONDS, :
et al.,
:
        Plaintiffs,          :     **AMENDED SCHEDULING**
                                          :     **ORDER**
   -- against –

UNITED STATES OF AMERICA, :
et al.,
:
        Defendants.         :

The Court having granted the plaintiffs' motion to amend the Complaint to add new parties,

It is on this 9th day of May, 2011

ORDERED that the discovery schedule is hereby amended as follows:

September 14, 2011..............Fact discovery closes;

November 1, 2011................All affirmative expert disclosures pursuant
                                to Fed.R.Civ.P. 26(a)(2)(B);

December 30, 2011..............All responsive expert disclosures pursuant
                                to Fed.R.Civ.P. 26(a)(2)(B);

Settlement conference January 13, 2012 at 2:00 p.m.; [handwritten: Trial counsel and clients with full settlement authority must attend conference in person. Each party must fax a confidential, ex parte settlement position letter to (973)645-4416]

February 15, 2012...............Close of all expert discovery; [handwritten: by 1/6/12]

March 26, 2012..................Filing of dispositive motions.

                                                              /s/ Michael A. Shipp
                                                     HONORABLE MICHAEL A. SHIPP
                                                     United States Magistrate Judge